IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re:  Laurie Donaldson | § § § § | Case No: 00-04381 |
| Debtor(s) | § § | |

APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Federal Deposit Insurance Corporation ("FDIC") as ("Claimant') respectfully requests that the Court enter an order authorizing the payment of certain unclaimed funds to Claimant, a creditor in the above numbered bankruptcy case, and in support thereof would show:

1. Previously Indymac Bank filed an unsecured proof of claim in this matter.

2. The Trustee appointed by the Court in this case did deposit into the registry of the Court the sums of $991.60 and $1,985.30 for the total of $2,976.90, per 11 U.S.C. Section 347(a), and specifically named Indymac the rightful creditor due these amounts.

3. There is no dispute or controversy as to these funds, their availability, or to whom they belong.

4. FDIC was appointed Receiver for IndyMac Bank

5. Claimant's current address is: FDIC, 1601 Bryan St, Dallas, TX. 75201.

6. On information and belief, the original disbursement was not presented for payment because the FDIC consolidated all of its field offices to Dallas, TX and it is likely that the forwarding order expired before the dividend check was mailed.

Wherefore, Claimant respectfully requests the Court to enter an Order authorizing immediate payment of the unclaimed dividend due upon this claim to Claimant at the above address.

Dated:   Dallas, Texas
         March 31, 2010.

*[signature]*

Stephen J. Pruss
Federal Deposit Insurance Corporation
1601 Bryan St, Suite 35124
Dallas, TX  75201
(972) 761-8132
spruss@fdic.gov

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

In Re: **Laurie Donaldson** § Case No. **00-04381**
§
§
Debtor(s) §

## CERTIFICATE OF SERVICE

Notice is hereby given that a true and correct copy of the Application for Payment of Unclaimed Funds was served on the U.S. Attorney, per 28 U.S.C., Section 2042 and the U.S. Trustee at the following address by U.S. Mail:

U.S Attorney for the Southern District of Iowa
110 East Court Avenue
Room 286 US Courthouse Annex
Des Moines, IA  50309


U.S. Trustee for the Southern District of Iowa
Federal Building, Room 793
210 Walnut Street
Des Moines, IA  50309

Date: 4/28/2010

Mary X. Dennis for FDIC
Claimant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **In Re:  Laurie Donaldson** | § § § § | **Case No: 00-04381** |
| **Debtor(s)** | § § | |

## DECLARATION OF LAYI A. OLADAPO IN SUPPORT
## OF FDIC'S APPLICATION FOR UNCLAIMED FUNDS

I, Layi Oladapo, declare and state as follows:

1. I am a Financial Institution Accountant employed by the Federal Deposit Insurance Corporation ("FDIC") in Dallas, Texas and am authorized to speak for the FDIC in this matter.

2. On information and belief, the Indymac Bank filed an unsecured proof of claim in this case.

3. On July 11, 2008 the FDIC succeeded Indymac, and all owned subsidiaries pursuant to the Assumption and Purchase transaction for the failed financial institution.

4. The FDIC as successor to Indymac is still the owner of the claim previously filed by Indymac in this matter and has filed no other motion or application for the unclaimed dividend and the dividend is still listed as unclaimed on the database maintained by the Court.

5. I attest to the facts stated herein based upon my personal knowledge and the business records of the FDIC. I have attached here to a true and correct copy of my FDIC identification card showing my signature and picture.

6. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the ___31st___ day of April, 2010 in Dallas, Texas.

_____
Layi A. Oladapo

State of Texas

County of Dallas

On *March 31, 2010* before me personally appeared Layi A. Oladapo, personally known to me, and after being duly sworn, stated that he executed the foregoing instrument under penalty of perjury and that the same was true and correct.

*[signature]*
NOTARY PUBLIC

My Commission Expires: *07-11-2012*

[Notary seal: LAVERNA F. FEURT, MY COMMISSION EXPIRES July 11, 2012]

**FDIC**

**Federal Deposit Insurance Corporation**
1601 Bryan Street, Dallas, TX 75201

Division of Resolutions and Receiverships

April 14, 2010

To Whom It May Concern:

CLAIMS FOR UNCLAIMED PROPERTY

Any one of the signatures; Susan Brown, William R. Baucum, Gary R. Belair, Layi Oladapo and David Cooley are authorized signors on claims of this nature.

      

Susan Brown        William R. Baucum        Gary R. Belair        Layi Oladapo

TAX EXEMPT STATUS

The Federal Deposit Insurance Corporation (FDIC) was created on June 16, 1933 by an act of Congress, title 12 USC 1811, as an instrumentality created by the government of the United States with certain governmental privileges granted to it.

The privileges as addressed in 12 USC 1825 (b) (1) state the Corporation, including its franchise its capital, reserves and surplus, and its income, shall be exempt from all taxation now or hereafter imposed by the United States, by a territory, dependency, or possession thereof, or by any state, county, municipality, or local taxing authority, except for *ad valorem* real property taxes. The Federal Tax Identification Number for FDIC is 53-0185558.



Susan Brown
Assistant Director
Federal Deposit Insurance Corporation (FDIC)

## Unclaimed Funds

Unclaimed funds are funds held by the court for an owner or recipient who is entitled to money, but who has not claimed ownership. Most unclaimed funds arise when dividends (assets) are distributed by the trustee to creditors pursuant to settlement of a bankruptcy case, but the property goes unclaimed.

- View complete list (PDF file) of all unclaimed funds.
- View instructions/forms for claiming unclaimed funds.

---

**Search Unclaimed Funds** - Data usually updated on or before the 10th of each month.

Search by *Unclaimed Amount* is available only with the **exact match** selection.
When entering the *Unclaimed Amount*, do not enter the dollar ($) sign nor the comma (,).

    Debtor Last Name

    Debtor First Name  Laurie

    Creditor Name

    Case Number

    Unclaimed Amount ≥     ≤

    ● match any of the above criteria  ○ exact match

    [ Search ]

Note: If a row displays **PAID** in the *$ Disbursed* field then that row's funds have been paid/claimed.

| No. | Debtor(s)/Description | Case Number | Receipt Date | $ Received | Disbursed Date | $ Disbursed | Creditor Name |
|---|---|---|---|---|---|---|---|
| 6243 | Laurie Donaldson | 00-04381 | 8/9/2002 | $2,976.90 | | | Indy Mac Bank |
| 6244 | Laurie Donaldson | 00-04381 | 8/9/2002 | $16.73 | | | Preferred Credit |
| 9324 | Laurie Donaldson | 00-04381 | | | 3/6/2008 | ($16.73) | U.S. Treasury Unclaimed Funds Account |
| 9386 | Laurie Donaldson | 00-04381 | | | 3/6/2008 | ($2,976.90) | U.S. Treasury Unclaimed Funds Account |

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF IOWA                                    RECEIPT

| | | |
|---|---|---|
| Case # 00-04381 CH | Chapter 13 | # 000088049 - ST |
| Filed: 11/20/00 | Des Moines | 10:34 AM, August 09, 2002 |

| | Code | Qty | Amount |
|---|---|---|---|
| Judge: Russell J. Hill | UC | 1 | $991.60 |
| Trustee: Albert C. Warford | UC | 1 | $1985.30 |
| Debtor(s): | UC | 1 | $16.73 |
| Laurie Jean Donaldson | | | |

**TOTAL PAID: $2993.63**

From: Albert C. Warford
505 5th Avenue
Suite 1020
Des Moines, IA 50309-0000                     4

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

F I L E D
AUG 9 2002
Clerk, U.S. Bankruptcy Court
Des Moines, Iowa

IN RE: :
: CASE NO. 00-4381-CH
:
: REPORT OF TRUSTEE UNDER
LAURIE J. DONALDSON : BANKRUPTCY RULE 3011 AND
: SUBMISSION OF REMAINING
: PROPERTY UNDER
DEBTORS. 11 U.S.C. §347(a)

COMES NOW, the undersigned Trustee, Albert C. Warford, and hereby Reports that all checks issued by him as such Trustee have been cashed by the bank upon which drawn,

The following entity is entitled to the following remaining property of the estate paid into the Court pursuant to 11 U.S.C. §347(a):

Last Known
Name and Address                     Amount

INDY MAC BANK                        $ 991.60
6900 BEATRICE DRIVE                  $1985.30
PO BOX 4045
KALAMAZOO MI 49009-8070

PREFERRED CREDIT                     $ 16.73
PO BOX 1679
SAINT CLOUD MN 56302-1679

WHEREFORE, said Trustee makes the above Report and submits herewith the above sums to the Clerk of Court.

Dated 8-8-02

Respectfully submitted,

Albert C. Warford #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
Chapter 13 Trustee
505 5th Avenue, Suite 1020
Des Moines, IA 50309
(515) 283-2713



**Federal Deposit Insurance Corporation**
1601 Bryan Street, Dallas, TX 75201

Division of Resolution and Receiverships

10007

The Federal Deposit Insurance Corporation (FDIC) was appointed Receiver for INDYMAC BANK, F.S.B. headquartered in PASADENA, CA and all owned subsidiaries on July 11, 2008.

### Subsidiaries

AMC1 LLC
Financial Freedom Senior Fund
IndyMac ABS, Inc.
IndyMac Agency
IndyMac Commercial Lending
IndyMac Financial Services
IndyMac Holding Trust
IndyMac MBS, Inc.
IndyMac Resources, Inc.
IndyMac Retained Assets
IndyMac Securities Corporation
Loan Associates LLC

Layi Oladapo
Signed
**Financial Institution Accountant**
Title

Subscribed before me this: 31
day of March, 2010

David Cooley
Witness: Print Name

Signed
**Financial Manager**
Title

Page 1 of 1

## IndyMac Bank, F.S.B. — CERT: 29730

888 EAST WALNUT STREET, PASADENA, CA 91101  
**URL:** Not Available  
**Supervisory Area:** N/A  
**Case Manager:** Inactive (07/11/2008)  
**RM Field Office:** LOS ANGELES (NORTH)  
**Field Supervisor:**  
**Class:** SL

[ Back to Profile ]

### Institution History

Showing ALL changes

| Effective Date | Change Code - Description | Change From | Change To |
|---|---|---|---|
| 07/11/2008 | 211 - FAILURE - WHOLE INSTITUTION | CERT: 29730 | CERT: 58912 |
| 07/11/2008 | 350 - INSTITUTION ENTERS CONSERVATORSHIP | | Institution Failed: Y<br>Conservatorship: Y<br>RTC Number: 0 |
| 03/31/2006 | 412 - MERGE BIF AND SAIF FUNDS INTO DIF | Primary Insurance: SAIF | Primary Insurance: DIF |
| 11/30/2005 | 520 - CHANGE IN PHYSICAL LOCATION | Location:<br>155 NORTH LAKE AVENUE<br>PASADENA, CA 91101 | Location:<br>888 EAST WALNUT STREET<br>PASADENA, CA 91101 |
| 11/13/2000 | 520 - CHANGE IN PHYSICAL LOCATION | Location:<br>144 N SECOND AVE<br>COVINA, CA 91723 | Location:<br>155 NORTH LAKE AVENUE<br>PASADENA, CA 91101 |
| 07/01/2000 | 510 - CHANGE LEGAL NAME | Institution Name: First Federal Savings and Loan Association of San Gabriel Valley | Institution Name: IndyMac Bank, F.S.B. |
| 06/28/1995 | 440 - CHANGE IN ORGANIZATION TYPE | Organization Type: MUTUAL S&L | Organization Type: STOCK S&L |
| 03/23/1936 | 1 - HISTORY RECORD INITIATION | | Institution Name: First Federal Savings and Loan Association of San Gabriel Valley<br>CERT: 29730<br>Location:<br>144 N SECOND AVE<br>COVINA, CA 91723<br>Established Date: 03/23/1936 |

Case 00-04381-rjh13    Doc 54    Filed 05/04/10    Entered 05/04/10 11:05:34    Desc Main
                                Document         Page 12 of 12

**FDIC**

Federal Deposit Insurance Corporation
Dallas Regional Office
Legal Division
1601 Bryan St, Suite 35124, Dallas, Texas 75201

Stephen J. Pruss
Counsel
(972) 761-8132
FAX (972) 761-8181

April 2, 2010

Clerk, U.S. Bankruptcy Court
Southern District of Iowa
P. O. Box 9264
Des Moines, Iowa 50306-9264

   RE: Laurie Donaldson
      Bankruptcy Case No. 00-04381
      Application for Payment of Unclaimed Funds

Dear Clerk,

  Enclosed please find for filing Claimant Federal Deposit Insurance Corporation's Application for Unclaimed Funds along with pertinent attachments. The unclaimed funds were paid into the registry of the court in above-captioned matter.

  I have also enclosed an extra copy of the Application for stamping and I would appreciate it if the same could be returned to me in the enclosed self addressed envelope.

  A copy has been sent to the U.S. Attorney, pursuant to the statute, 28 U.S.C. §2042.

  If you have any questions regarding the enclosed matter please do not hesitate to contact our office and we thank you in advance for your assistance.

                Very Truly Yours,

                Stephen J. Pruss
                Counsel

cc: Layi Oladapo